UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-62186-UU

BRYAN ASHLEY GRIFFIN,

    Plaintiff,

v.

GIROS RAPIDEZ, LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CAUSE came before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice.  D.E. 9.

THIS COURT has reviewed the notice and the pertinent portions of the record and is otherwise fully advised in the premises.  It is hereby

ORDERED and ADJUDGED that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), all claims that were or could have been raised in this action are DISMISSED WITH PREJUDICE.

DONE AND ORDERED in Chambers in Miami, Florida, this _4th_ day of November, 2019.

_____
UNITED STATES DISTRICT JUDGE

cc:  counsel of record via cm/ecf